UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICARDO VELASQUEZ,                                         :
:
                    Plaintiff,           :
:      21-CV-9152 (VSB)
      -against-                                    :
:           **ORDER**
N2M LLC, et al.,                                              :
:
                    Defendants.         :
:
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 4, 2021 against Defendants N2M LLC d/b/a Com Tam Ninh Kieu and Timac Jerome LLC.  (Doc. 1.)  On December 26, 2021, Plaintiff filed affidavits of service.  (Docs. 7 & 8.)  The deadline for Defendants to respond to Plaintiff's complaint was December 22, 2021.  (*See* Docs. 7 & 8.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 14, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 5, 2022
             New York, New York
                                                VERNON S. BRODERICK
                                                United States District Judge